440 A.2d 1192

**In re Involuntary Termination of D. R. J.**

**Appeal of D. R. J.**

Supreme Court of Pennsylvania.

Argued Jan. 18, 1982.
Decided Feb. 19, 1982.

Suzanne F. Mottola, Philadelphia, for appellant.

Lucy V. Cherry, Wallingford, for Robert and Deborah Sladek.

Garland D. Cherry, Jr., Media, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

350

ORDER

PER CURIAM:

Decree affirmed.